**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Heit Rehabilatation and Optimal Health Center, S.C.* |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *36-4452806* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *7445 E State St*<br>*Rockford, IL 61108*<br>Number, Street, City, State & ZIP Code | *7431 E. State Street, #256*<br>*Rockford, IL 61108*<br>P.O. Box, Number, Street, City, State & ZIP Code |
| *Winnebago*<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:

Debtor   **Heit Rehabilatation and Optimal Health Center, S.C.**                    Case number (*if known*) _____
　　　　Name

---

**7.**　**Describe debtor's business**　A. *Check one:*

　■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　☐ None of the above

　B. *Check all that apply*

　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.naics.com/search/.

　　_____

---

**8.**　**Under which chapter of the Bankruptcy Code is the Debtor filing?**

　*Check one:*

　■ Chapter 7

　☐ Chapter 9

　☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　☐ Chapter 12

---

**9.**　**Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

　■ No.

　☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.**　**Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

　☐ No

　■ Yes.

| Debtor | *Robert Heit* | | Relationship to you | *Owner* |
|---|---|---|---|---|
| District | *ND IL WD* | When | Case number, if known | |

---

Debtor    **Heit Rehabilatation and Optimal Health Center, S.C.**    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    *Heit Rehabilatation and Optimal Health Center, S.C.*     Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signature** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
   of authorized
   representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01 / 26 / 2016
               MM / DD / YYYY

X _____          *Robert Heit*
Signature of authorized representative of debtor     Printed name

Title    *President*

---

**18. Signature of attorney**    X _____          Date _____
                                 Signature of attorney for debtor              MM / DD / YYYY

*Bernard J. Natale*
Printed name

*Bernard J. Natale, Ltd*
Firm name

*Edgebrook Office Center*
*1639 N. Alpine Road, Suite 401*
*Rockford, IL 61107*
Number, Street, City, State & ZIP Code

Contact phone    *(815) 964-4700*     Email address    *natalelaw@bjnatalelaw.com*

*2018683*
Bar number and State

**Fill in this information to identify the case:**

Debtor name    *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/26/2016        X _____
                                 Signature of individual signing on behalf of debtor

                                 *Robert Heit*
                                 Printed name

                                 *President*
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $ _____ 75,691.24

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................. $ _____ 75,691.24

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 220,712.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................... $ _____ 113,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............... +$ _____ 158,726.09

4. Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b          $ _____ 492,438.77

**Fill in this information to identify the case:**

Debtor name   *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | *Associated Bank* | *Checking* | | *$500.00* |
| 3.2.. | *Northwest Bank of Rockford - checking* | | | *$77.48* |
| 3.3.. | *Northwest Bank of Rockford - Medicare savings account* | | | *$113.76* |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | *$691.24* |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **_Heit Rehabilatation and Optimal Health Center, S.C._**    Case number *(If known)* _____
                    Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **75,000.00**    -    **0.00**    =....    **$75,000.00**
                    face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    |    **$75,000.00**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor   *Heit Rehabilatation and Optimal Health Center, S.C.*   Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>*Patient Lists* | *$0.00* | | *$0.00* |

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                      *$0.00*

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    *Heit Rehabilatation and Optimal Health Center, S.C.*    Case number *(If known)* _____
    Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $691.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $75,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $75,691.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $75,691.24 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1** | *Northwest Bank of Rockford*

Creditor's Name

*3106 N. Rockton Rockford, IL 61103*

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
*7/2010*

**Last 4 digits of account number**
*0097*

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
*Business assets and receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heit Health Center*

Describe the lien
*UCC - SBA Guarentee*
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$127,788.45**    **$135,000.00**

**2.2** | *Northwest Bank of Rockford*

Creditor's Name

*3106 N. Rockton Rockford, IL 61103*

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
*11/1989*

**Last 4 digits of account number**
*0069*

Describe debtor's property that is subject to a lien
*Business assets and receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heith Health Center*

Describe the lien
*UCC*
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$92,924.23**    **$135,000.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number (if know) |
|---|---|---|
| | Name | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$220,712.68** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *-NONE-* | Line | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>***IDES***<br>***P.O. Box 19286***<br>***Springfield, IL 62794*** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 | $25,000.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>***Unemployment taxes - Heit Rehabilitation &***<br>***Optimal Health Center S.C.*** | | |
| | **Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address**<br>***Illinois Department of Revenue***<br>***Bankruptcy Section***<br>***PO Box 64338***<br>***Chicago, IL 60664-0338*** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,000.00 | $8,000.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>***Payroll Taxes - Heit Rehabilitation & Optimal***<br>***Health Center S.C.*** | | |
| | **Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Debtor | _Heit Rehabilatation and Optimal Health Center, S.C._ | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,000.00 | $0.00 |
|---|---|---|---|---|

**2.3**

**Priority creditor's name and mailing address**

_Internal Revenue Service_
_Centralized Insolvency_
_PO Box 7346_
_Philadelphia, PA 19101-7346_

**As of the petition filing date, the claim is:**  $80,000.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_2013_

**Basis for the claim:**
_Payroll Taxes_
_Heit Rehabilitation & Opitmal Health Center S.C._

**Last 4 digits of account
number _2806_**
**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**

_Abidon, Inc_
_5301 E State St, Suite 215_
_Rockford, IL 61108_

**As of the petition filing date, the claim is:**    $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_Settlement_

_Business - Heit Rehab_

_Personal Guarantee_

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.2**

**Nonpriority creditor's name and mailing address**

_Caine & Weiner_
_9931 Corporate Drive_
_Suite 2200_
_Louisville, KY 40223_

**As of the petition filing date, the claim is:**    $18,666.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_Collection on behalf of Milesaway_

_Business - Heit Rehab_

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _3360_

---

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,602.64 |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

**Business - Heit Rehab**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **3076**

☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.34 |
|---|---|---|---|

**Comcast Cable**
**4450 Kishwaukee Street**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Business - Heit Rehab**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **4683**

☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.52 |
|---|---|---|---|

**ComEd**
**3 Lincoln Center**
**Attn:  Bkcy Group-Claims Department**
**Oakbrook Terrace, IL 60181**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Business - Heit Rehab**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,615.33 |
|---|---|---|---|

**Dyn Capron Holdings, Inc.**
**c/o First Midwest Group, Inc.**
**6801 Spring Creek Road**
**Rockford, IL 61114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rent Arrears**

**Business - Heit Rehab**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | *Heit Rehabilitation and Optimal Health Center, S.C.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

*Frankenmuth Insurance*
*One Mutual Avenue*
*Frankenmuth, MI 48787-0001*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | **$223.13** |
|---|---|---|---|

*GalacTek Corp*
*Hernando Corporate Air Park*
*PO Box 15489*
*Brooksville, FL 34604*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   *HEIT*

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | **$6,407.68** |
|---|---|---|---|

*Goldberg Law Group*
*120 S. Riverside Plaza*
*Suite 1675*
*Chicago, IL 60606*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | **$22,000.00** |
|---|---|---|---|

*HealthSource*
*36901 American Way*
*Suite 7*
*Avon, OH 44011*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Settlement*

*Business - Heit Rehab*

*Personal Guarantee*

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | _Heit Rehabilatation and Optimal Health Center, S.C._ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _Unknown_ |
|---|---|---|---|

_Ideal Technology_
_60 Jean Proulx Street_
_Gatineau, QC J8Z1W1_
_Canada_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Services_

_Business - Heit Rehab_

Date or dates debt was incurred   _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _$175.00_ |
|---|---|---|---|

_IEMA_
_1035 Outer Park Drive_
_Springfield, IL 62704_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Yearly fees_

_Business - Heit Rehab_

Date or dates debt was incurred   _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **4186**

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _$994.86_ |
|---|---|---|---|

_In Health_
_5076 Winters Chapel Road_
_Suite 200_
_Atlanta, GA 30360_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Trade Debt_

_Business - Heit Rehab_

Date or dates debt was incurred   _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _$450.00_ |
|---|---|---|---|

_M.A.A.M.A._
_2491 Sirius Star Street_
_Henderson, NV 89044_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Services_

_Business - Heit Rehab_

Date or dates debt was incurred   _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____

---

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$360.00** |
|---|---|---|---|

*Mediware Information Systems, Inc.*
*PO Box 204176*
*Dallas, TX 75320-4176*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *2779*

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,196.00** |
|---|---|---|---|

*NCMIC*
*c/o Wetsch, Abbot, Osborn, et al.*
*PO Box 2165*
*Cedar Rapids, IA 52406*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *0995*

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,816.96** |
|---|---|---|---|

*NCMIC*
*c/o Wetsch, Abbot, Osborn, et al.*
*PO Box 2165*
*Cedar Rapids, IA 52406*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *1598*

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | *Unknown* |
|---|---|---|---|

*PPD Market America, Inc.*
*1302 Pleasant Ridge Road*
*Greensboro, NC 27409*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor   **Heit Rehabilatation and Optimal Health Center, S.C.**   Case number (if known) _____
Name

| | |
|---|---|
| 3.19 | |

**Nonpriority creditor's name and mailing address**

*Reno & Zahm, LLP*
*2902 McFarland Road*
*Suite 400*
*Rockford, IL 61107*

**As of the petition filing date, the claim is:**                          **$4,025.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

**Business - Heit Rehab**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| | |
|---|---|
| 3.20 | |

**Nonpriority creditor's name and mailing address**

*Rockford Business Systems*
*4901 Zenith Parkway*
*Machesney Park, IL 61115*

**As of the petition filing date, the claim is:**                          **$2,689.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

**Business - Heit Rehab**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| | |
|---|---|
| 3.21 | |

**Nonpriority creditor's name and mailing address**

*Sam's Club Mastercard*
*PO Box 965004*
*Orlando, FL 32896-5004*

**As of the petition filing date, the claim is:**                          **$2,686.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Credit Card*

**Business - Heit Rehab**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *8486*

---

| | |
|---|---|
| 3.22 | |

**Nonpriority creditor's name and mailing address**

*Sole Supports*
*PO Box 400*
*Bon Aqua, TN 37025*

**As of the petition filing date, the claim is:**                          **$711.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Trade Debt*

**Business - Heit Rehab**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *0007*

---

Debtor  *Heit Rehabilatation and Optimal Health Center, S.C.*   Case number (if known) _____

Name

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$871.60** |
|---|---|---|---|

*Technology Assigned Risk*
*PO Box 740042*
*Atlanta, GA 30374-0042*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$205.33** |
|---|---|---|---|

*Verizon Wireless*
*Bankruptcy Administration*
*500 Technology Drive, Suite 550*
*Weldon Spring, MO 63304*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  *0001*

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,149.50** |
|---|---|---|---|

*WilliamsMcCarthy LLP*
*120 W. State Street*
*PO Box 219*
*Rockford, IL 61105-0219*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  *2860*

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,950.00** |
|---|---|---|---|

*WIPFLI, LLP*
*PO Box 3160*
*Milwaukee, WI 53201-3160*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  *0092*

---

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.50 |
|---|---|---|---|

**Your Program Partner**
**320 Mainsail Drive**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
*Services*

*Business - Heit Rehab*

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bryant & Oakes, P.C.**<br>**3453 Lawrenceville-Suwanee Road**<br>**Suite C**<br>**Suwanee, GA 30024-6507** | Line **3.13**<br>☐  Not listed. Explain | |
| 4.2 | **The Colella Law Firm LLC**<br>**6055 Park Square Drive**<br>**Lorain, OH 44053** | Line **3.10**<br>☐  Not listed. Explain | |
| 4.3 | **Vantage Sourcing**<br>**PO Box 6786**<br>**Dothan, AL 36302** | Line **3.24** | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 113,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 158,726.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 271,726.09 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Heit Rehabilatation and Optimal Health Center, S.C.* |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest        *Rent Arrears* | |
|         State the term remaining | *Dyn Capron Holdings, Inc.* |
|         List the contract number of any government contract | *c/o First Midwest Group, Inc.*<br>*6801 Spring Creek Road*<br>*Rockford, IL 61114* |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest        *Commercial lease space for business* | |
|         State the term remaining | *First Midwest Group/Sunil Puri* |
|         List the contract number of any government contract | *6801 Spring Creek Road*<br>*Rockford, IL 61114* |

**Fill in this information to identify the case:**

Debtor name    *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *Dr. Robert Heit* | *4402 Windsor Court Loves Park, IL 61111* | *Northwest Bank of Rockford* | ☑ D   *2.1* <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | *Dr. Robert Heit* | *4402 Windsor Court Loves Park, IL 61111* | *Chase* | ☐ D _____ <br> ☑ E/F   *3.3* <br> ☐ G _____ |
| 2.3 | *Dr. Robert Heit* | *4402 Windsor Court Loves Park, IL 61111* | *Comcast Cable* | ☐ D _____ <br> ☑ E/F   *3.4* <br> ☐ G _____ |
| 2.4 | *Dr. Robert Heit* | *4402 Windsor Court Loves Park, IL 61111* | *Dyn Capron Holdings, Inc.* | ☐ D _____ <br> ☑ E/F   *3.6* <br> ☐ G _____ |
| 2.5 | *Dr. Robert Heit* | *4402 Windsor Court Loves Park, IL 61111* | *Goldberg Law Group* | ☐ D _____ <br> ☑ E/F   *3.9* <br> ☐ G _____ |

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *In Health* | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |
| 2.7 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *M.A.A.M.A.* | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.8 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Mediware Information Systems, Inc.* | ☐ D _____ <br> ■ E/F __3.15__ <br> ☐ G _____ |
| 2.9 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Reno & Zahm, LLP* | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.10 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Rockford Business Systems* | ☐ D _____ <br> ■ E/F __3.20__ <br> ☐ G _____ |
| 2.11 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Sam's Club Mastercard* | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |
| 2.12 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Sole Supports* | ☐ D _____ <br> ■ E/F __3.22__ <br> ☐ G _____ |
| 2.13 | *Dr. Robert Heit* | *4402 Windsor Court* <br> *Loves Park, IL 61111* | *Technology Assigned Risk* | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | *Dr. Robert Heit* | *4402 Windsor Court* | *WilliamsMcCarthy* |
| | | *Loves Park, IL 61111* | *LLP* |

☐ D _____
■ E/F ___3.25___
☐ G _____

| 2.15 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *WIPFLI, LLP* |

☐ D _____
■ E/F ___3.26___
☐ G _____

| 2.16 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Your Program*<br>*Partner* |

☐ D _____
■ E/F ___3.27___
☐ G _____

| 2.17 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *IDES* |

☐ D _____
■ E/F ___2.1___
☐ G _____

| 2.18 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Illinois Department of*<br>*Revenue* |

☐ D _____
■ E/F ___2.2___
☐ G _____

| 2.19 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Internal Revenue*<br>*Service* |

☐ D _____
■ E/F ___2.3___
☐ G _____

| 2.20 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Abidon, Inc* |

☐ D _____
■ E/F ___3.1___
☐ G _____

| 2.21 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Caine & Weiner* |

☐ D _____
■ E/F ___3.2___
☐ G _____

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* | _____ |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *NCMIC* | ☐ D _____ ☑ E/F __*3.17*__ ☐ G _____ |
| 2.23 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *NCMIC* | ☐ D _____ ☑ E/F __*3.16*__ ☐ G _____ |
| 2.24 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *Ideal Technology* | ☐ D _____ ☑ E/F __*3.11*__ ☐ G _____ |
| 2.25 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *PPD Market America, Inc.* | ☐ D _____ ☑ E/F __*3.18*__ ☐ G _____ |
| 2.26 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *Frankenmuth Insurance* | ☐ D _____ ☑ E/F __*3.7*__ ☐ G _____ |
| 2.27 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *ComEd* | ☐ D _____ ☑ E/F __*3.5*__ ☐ G _____ |
| 2.28 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *Verizon Wireless* | ☐ D _____ ☑ E/F __*3.24*__ ☐ G _____ |
| 2.29 | *Dr. Robert Heit* | *4402 Windsor Court* *Loves Park, IL 61111* | *Northwest Bank of Rockford* | ☑ D __*2.2*__ ☐ E/F _____ ☐ G _____ |

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* | _____ |

| **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.30 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *HealthSource* | ☐ D _____<br>■ E/F  **3.10**<br>☐ G _____ |
| 2.31 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *GalacTek Corp* | ☐ D _____<br>■ E/F  **3.8**<br>☐ G _____ |
| 2.32 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *IEMA* | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.33 | *Heit Health*<br>*Center S.C.* | *7445 E State Street*<br>*Rockford, IL 61108* | *Northwest Bank of*<br>*Rockford* | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | *Heit Health*<br>*Center S.C.* | *7445 E State Street*<br>*Rockford, IL 61108* | *Northwest Bank of*<br>*Rockford* | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *Dyn Capron*<br>*Holdings, Inc.* | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.36 | *Dr. Robert Heit* | *4402 Windsor Court*<br>*Loves Park, IL 61111* | *First Midwest*<br>*Group/Sunil Puri* | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |

**Fill in this information to identify the case:**

Debtor name  *Heit Rehabilatation and Optimal Health Center, S.C.*

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  *1/01/2015* to *12/31/2015* | ☑ Operating a business<br>☐ Other _____ | *$234,188.42* |
| **For year before that:**<br>From  *1/01/2014* to *12/31/2014* | ☑ Operating a business<br>☐ Other _____ | *$398,991.00* |
| **For the fiscal year:**<br>From  *1/01/2013* to *12/31/2013* | ☑ Operating a business<br>☐ Other _____ | *$519,903.00* |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Heit Rehabilatation and Optimal Health Center, S.C.**                Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NCMIC Finance v. Robert Heit and Heit Rehabilitation & Optimal Health Center, S.C. LACL134265** | *Civil* | **Polk County, IA District Court Polk County Courthouse 500 Mulberry Street Des Moines, IA 50309** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | *Heit Rehabilatation and Optimal Health Center, S.C.* | Case number *(if known)* |
|---|---|---|

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Bernard J. Natale, Ltd*<br>*6833 Stalter Dr., Suite 201*<br>*Rockford, IL 61108* | *Attorney Fees ($3,165) and Filing Fees ($335)* | *09/2015* | *$3,500.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *Car Max*<br>*6601 Odana Road*<br>*Madison, WI 53719* | *2008 Honda Ridgeline (jointly titled with Robert Heit)*<br>*sold for $10,000.* | *November 2015* | *$10,000.00* |
| | Relationship to debtor<br>*None* | | | |

Debtor   *Heit Rehabilatation and Optimal Health Center, S.C.*   Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. *Cevene Care Clinic* *6451 E. Riverside Blvd. #103* *Rockford, IL 61114* | *Office equipment and supplements - sold by secured creditor* | *01/22/2016* | *Unknown* |
| Relationship to debtor | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. *Heit Rehabilitation & Optimal Health* *7445 E. State Street* *Rockford, IL 61108* | *Chiropractic and non surgical pain management - ceased doing business 12/2015.* | *Unknown* |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. *Securely held at 4402 Windsor Court, Loves Park, IL.* | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

*Patient records including Social Security numbers*
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

Debtor    *Heit Rehabilatation and Optimal Health Center, S.C.*    Case number *(if known)* _____

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *Northwest Bank of Rockford*<br>*3106 N. Rockton*<br>*Rockford, IL 61103* | **XXXX-0** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *06/2015* | *$25.00* |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| *Northwest Bank of Rockford*<br>*3106 N. Rockton*<br>*Rockford, IL 61103* | *Robert Heit*<br>*3106 N. Rockton*<br>*Rockford, IL 61103* | *Personal legal papers and children's US Savings Bonds* | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5

Debtor    **Heit Rehabilatation and Optimal Health Center, S.C.**    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **Heit Rehabilatation and Optimal Health C 7445 E State St Rockford, IL 61108** | **Chiropractic and non surgical pain management** | EIN:   **36-4452806** <br> From-To   **2002 - 2015** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Community Tax 6232 N. Pulaski Road Suite 300 Chicago, IL 60646-5129** | **2015 -** |
| 26a.2. | **WIPFLI, LLP PO Box 3160 Milwaukee, WI 53201-3160** | **2002 - 2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor   **Heit Rehabilatation and Optimal Health Center, S.C.**   Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | ***Northwest Bank of Rockford***<br>***3106 N. Rockton***<br>***Rockford, IL 61103*** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Robert Heit* | *4402 Windsor Court* | *President* | *100%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ***Dr. Robert Heit***<br>***4402 Windsor Court***<br>***Loves Park, IL 61111*** | *$10,847* | *01/2015 - 11/2015* | *Shareholder Distributions* |
| | Relationship to debtor<br>*President and sole shareholder* | | | |

Debtor    *Heit Rehabilatation and Optimal Health Center, S.C.*    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. *Dr. Robert Heit*<br>*4402 Windsor Court*<br>*Loves Park, IL 61111* | *$36,850* | *01/2015 -*<br>*11/2015* | *Salary* |
| **Relationship to debtor**<br>*President and sole*<br>*shareholder* | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**

**Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**

**Employer Identification number of the parent corporation**

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *01 / 26 / 2016*

_____                    **Robert Heit**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    *President*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■  No
☐  Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Heit Rehabilatation and Optimal Health Center, S.C.**                              Case No.
_____
Debtor(s)                               Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____   **3,165.00**

     Prior to the filing of this statement I have received _____   $ _____   **3,165.00**

     Balance Due _____   $ _____   **0.00**

2.   $   **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 27, 2016**                              **/s/ Bernard J. Natale**
_____               _____
Date                                          **Bernard J. Natale 2018683**
                                              *Signature of Attorney*
                                              **Bernard J. Natale, Ltd**
                                              **Edgebrook Office Center**
                                              **1639 N. Alpine Road, Suite 401**
                                              **Rockford, IL 61107**
                                              **(815) 964-4700   Fax: (815) 316-4646**
                                              **natalelaw@bjnatalelaw.com**
                                              *Name of law firm*

---

## Chapter 7 Bankruptcy Fee Agreement

Federal law requires the execution of a written agreement between attorney and client(s) for Bankruptcy representation.  Signing this agreement shall engage the services of **Bernard J. Natale, Ltd.**, hereinafter "**Attorney**" for Bankruptcy representation pursuant to Title 11, United States Code.

**Whereas** HEIT REHABILITATION & OPTIMAL HEALTH CENTER, S.C. desire(s) to engage the services of **Attorney** to represent client's(s') interest in connection with Bankruptcy Proceedings, to be filed within four (4) months of this Agreement, **Attorney** and client(s) do hereby agree:

1. ☐Client(s) shall pay to **Attorney** for the services described below in paragraph 2, the base fee of **$3,165** plus costs of **$335**, prior to case filing.

2. ☐The **Attorney** base fee shall include services rendered *pre-petition* as follows: **Attorney** shall interview client(s), analyze, prepare and file a Chapter 7 Bankruptcy Petition and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. **Attorney** shall further review and advise with respect to reaffirmation agreements.  *Whether or not a Chapter 7 bankruptcy petition is filed, all fees paid are not refundable*.

3. ☐After the filing of a Chapter 7 Bankruptcy Petition, as contemplated herein, any other services provided by **Attorney** deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph 1.  The base fee does not include preparation of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition.  These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees.

4. ☐The base fee does not include representation in any *post-petition* services which may occur, including, but not limited to, court appearances for dischargeability issues, judicial lien avoidances, relief from stay actions, or any adversary proceedings.  These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees, client(s) will be billed and, by signature below, agrees to pay, *post-petition*.

5. ☐The failure of client(s) to pay for *post-petition* services when the same become due and payable, as set forth above, shall constitute cause for **Attorney** to withdraw as attorney of record and cease all further services to client(s).  Any withdrawal as attorney for client(s) shall not be deemed a waiver of fees due and payable. *Client(s) agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6. ☐By executing this agreement, client(s) agree(s) that they have had an opportunity to discuss the agreement with **Attorney**, have asked any questions that have arisen, and received understandable explanations for the questions, and are fully aware of the information contained herein.

7. ☐If the Debtor is any entity other than individuals, those individuals signing this contract on behalf of Debtor as client(s), do hereby personally guarantee payment of fees.

CLIENT                                    Date:                    BERNARD J. NATALE, LTD.

_____ 01/26/2016      By: _____

CLIENT                                    Date:

_____

08/2014

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Heit Rehabilatation and Optimal Health Center, S.C.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   01/26/2016

**Robert Heit/President**
Signer/Title

Abidon, Inc
5301 E State St, Suite 215
Rockford, IL 61108

.

Bryant & Oakes, P.C.
3453 Lawrenceville-Suwanee Road
Suite C
Suwanee, GA 30024-6507

Caine & Weiner
9931 Corporate Drive
Suite 2200
Louisville, KY 40223

Chase
PO Box 15298
Wilmington, DE 19850-5298

Comcast Cable
4450 Kishwaukee Street
Rockford, IL 61109

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

Dr. Robert Heit
4402 Windsor Court
Loves Park, IL 61111

Dyn Capron Holdings, Inc.
c/o First Midwest Group, Inc.
6801 Spring Creek Road
Rockford, IL 61114

First Midwest Group/Sunil Puri
6801 Spring Creek Road
Rockford, IL 61114

Frankenmuth Insurance
One Mutual Avenue
Frankenmuth, MI 48787-0001

Glass Tek Corp
Heradhub Corporate Park
PO Box 15489
Brooksville, FL 34604

Goldberg Law Group
120 S. Riverside Plaza
Suite 1675
Chicago, IL 60606

HealthSource
36901 American Way
Suite 7
Avon, OH 44011

Heit Health Center S.C.
7445 E State Street
Rockford, IL 61108

Ideal Technology
60 Jean Proulx Street
Gatineau, QC J8Z1W1
Canada

IDES
P.O. Box 19286
Springfield, IL 62794

IEMA
1035 Outer Park Drive
Springfield, IL 62704

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

In Health
5076 Winters Chapel Road
Suite 200
Atlanta, GA 30360

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

2491 Sirius Star Street
Henderson, NV 89044

Mediware Information Systems, Inc
PO Box 204176
Dallas, TX 75320-4176

NCMIC
c/o Wetsch, Abbot, Osborn, et al.
PO Box 2165
Cedar Rapids, IA 52406

Northwest Bank of Rockford
3106 N. Rockton
Rockford, IL 61103

PPD Market America, Inc.
1302 Pleasant Ridge Road
Greensboro, NC 27409

Reno & Zahm, LLP
2902 McFarland Road
Suite 400
Rockford, IL 61107

Rockford Business Systems
4901 Zenith Parkway
Machesney Park, IL 61115

Sam's Club Mastercard
PO Box 965004
Orlando, FL 32896-5004

Sole Supports
PO Box 400
Bon Aqua, TN 37025

Technology Assigned Risk
PO Box 740042
Atlanta, GA 30374-0042

The Colella Law Firm LLC
6055 Park Square Drive
Lorain, OH 44053


Vantage Sourcing
PO Box 6786
Dothan, AL 36302


Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


WilliamsMcCarthy LLP
120 W. State Street
PO Box 219
Rockford, IL 61105-0219


WIPFLI, LLP
PO Box 3160
Milwaukee, WI 53201-3160


Your Program Partner
320 Mainsail Drive
Roscoe, IL 61073

# United States Bankruptcy Court
## Northern District of Illinois

In re   *Heit Rehabilatation and Optimal Health Center, S.C.*

Debtor(s)

Case No.

Chapter   *7*

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   *Heit Rehabilatation and Optimal Health Center, S.C.*   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

*January 27, 2016*

Date

*/s/ Bernard J. Natale*

*Bernard J. Natale 2018683*

Signature of Attorney or Litigant

Counsel for   *Heit Rehabilatation and Optimal Health Center, S.C.*

*Bernard J. Natale, Ltd*
*Edgebrook Office Center*
*1639 N. Alpine Road, Suite 401*
*Rockford, IL 61107*
*(815) 964-4700 Fax:(815) 316-4646*
*natalelaw@bjnatalelaw.com*